**Order entered June 19, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00646-CV

**ADT SECURITY SERVICES, INC., Appellant**

**V.**

**VAN PETERSON FINE JEWELERS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-12111**

## ORDER

On June 3, 2015, we denied the unopposed motion of nonresident attorney Charles C. Eblen for pro hac vice admission without prejudice to filing a motion accompanied by a motion of the resident practicing Texas attorney with whom he shall be associated. On June 8, 2015, the Court received the motion of resident counsel in support of Mr. Eblen's unopposed motion for pro hac vice admission.

Accordingly, we **VACATE** our order dated June 3, 2015. We now **GRANT** the June 2, 2015 unopposed motion for pro hac vice admission of nonresident attorney Charles C. Eblen. We **DIRECT** the Clerk of this Court to add Charles C. Eblen as counsel pro hac vice.

/s/    ELIZABETH LANG-MIERS
        JUSTICE